# NOT  DESIGNATED  FOR  PUBLICATION

Edmond Wade Shows
Shows, Cali, et al.
628 St. Louis St.
Baton Rouge LA 70802

John Carroll Walsh
Shows, Cali & Berthelot, L.L.P
P. O. Drawer 4425
Baton Rouge LA 70821

Amy L. McInnis
Shows, Cali, Berthelot & Walsh
P. O. Box 4425
Baton Rouge LA 70821


**REHEARING ACTION: December 21, 2011**


**Docket Number: 11   00684-CW**

**L. E. PERKINS**
**VERSUS**
**SKYCO CORPORATION, ET AL.**

**Writ Application from Beauregard Parish Case No. C-2007-0526-B**


**BEFORE JUDGES**:

    **Hon. Elizabeth A. Pickett**
    **Hon. Shannon J. Gremillion**
    **Hon. Phyllis M. Keaty**


As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Cappaert Manufactured Housing, Inc.** has this day been

    **GRANTED.**
    The case will be considered submitted to the court on briefs previously filed on
    January 25, 2012.


cc: L. E. Perkins, In Proper Person
    Oliver Jackson Schrumpf, Counsel for  the Respondent
    Charles Vernon Richie, Counsel for  the Respondent

**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**